IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 05-D-129 (MJW)**

ST. PAUL TRAVELERS INSURANCE COMPANY,

Plaintiff(s),

v.

GRINNELL FIRE PROTECTION SYSTEMS COMPANY, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order (docket no. 13), is GRANTED, and that the following amendments to the Scheduling Order be made.  Plaintiff's expert reports shall be filed on or before October 3, 2005; Defendants' expert reports shall be filed on or before November 3, 2005; and Plaintiff's rebuttal reports shall be filed on or before December 2, 2005.

Dated: July 8, 2005