IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 05-CV-00129-WYD-MJW**

ST. PAUL TRAVELERS INSURANCE COMPANY,

Plaintiff(s),

v.

GRINNELL FIRE PROTECTION SYSTEMS COMPANY, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order (Docket Number 17), is GRANTED.  The deadline to complete fact discovery is extended to December 1, 2005.  The Rule 16 Scheduling Order dated April 8, 2005, is amended consistent with this Order.

Date:  November 1, 2005