IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michel J. Watanabe

Civil Action No. ~~05-D-129-(MJW)~~ 05-cv-00129-WYD-P

ST. PAUL TRAVELERS INSURANCE COMPANY,

    Plaintiff,

v.

GRINNELL FIRE PROTECTION SYSTEMS COMPANY, *et al*,

    Defendants.

## ORDER GRANTING STIPULATED
## MOTION TO AMEND SCHEDULING ORDER

(Docket no. 21)

THE COURT, having considered the Stipulated Motion to Amend Scheduling Order, hereby orders as follows:

1.    The Stipulated Motion is GRANTED;

2.    The Parties shall have up through January 31, 2006 within which to conclude remaining fact and expert depositions.

Dated this 30th day of November 2005.

BY THE COURT:

*[signature]*
~~United States District Court Judge~~