IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00129-WYD-MJW

ST. PAUL TRAVELERS INSURANCE COMPANY, a Minnesota Insurance Company,

    Plaintiff,

v.

GRINNELL FIRE PROTECTION SYSTEMS COMPANY, a division of GRINNELL CORPORATION, a Delaware Corporation; and
SIMPLEXGRINNELL, a Delaware Corporation,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

The parties filed a Joint Stipulated Motion for Dismissal (# 29) on January 11, 2006.  After a careful review of the Stipulated Motion and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney's fees.

Dated:  January 13, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge